UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UPDATE, INC. d/b/a UPDATE LEGAL,<br><br>Plaintiff,<br><br>v.<br><br>SAMEER A. DAMRE a/k/a SAM DAMRE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, undersigned counsel of record for Update, Inc., certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Update, Inc. which have any outstanding securities in the hands of the public. This representation is made in order that the judges of this court may determine the need for recusal.

Dated: March 6, 2006

Respectfully submitted,

/s/ Maryll Weatherston Toufanian
Maryll Weatherston Toufanian
(D.C. Bar No. 486672)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W. Suite 1000
Washington, D.C., 20036
(202) 778-1800

Joel A. Klarreich
Andrew W. Singer
TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

Counsel for Update, Inc.