UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UPDATE, INC. d/b/a UPDATE LEGAL, <br><br> Plaintiff, <br><br> v. <br><br> SAMEER A. DAMRE a/k/a SAM DAMRE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-00403 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE* ON BEHALF OF JOEL A. KLARREICH

Joel A. Klarreich, counsel for Plaintiff Update, Inc., hereby seeks leave pursuant to LCvR 83.2(d) to appear *pro hac* vice in the above-captioned matter. Attached hereto is a Declaration from Mr. Klarreich setting forth the information required by LCvR 83.2(d). This motion is submitted and sponsored by undersigned counsel, a member of the Bar of this Court.

A proposed Order is attached.

Dated: March 22, 2006

Respectfully submitted,

*/s/ Maryll Weatherston Toufanian*
Maryll Weatherston Toufanian
(D.C. Bar No. 486672)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W. Suite 1000
Washington, D.C., 20036
(202) 778-1800

Counsel for Update, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of March 2006, I caused the forgoing Motion for Admission *Pro Hac Vice* and the attachments thereto to be served via first-class mail on:

> Sameer A. Damre
> 6347 Gray Sea Way
> Columbia, MD 21045

_____
Maryll Weatherston Toufanian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UPDATE, INC. d/b/a UPDATE LEGAL, </br></br> Plaintiff, </br></br> v. </br></br> SAMEER A. DAMRE a/k/a SAM DAMRE, </br></br> Defendant. | Civil Action No. 06-00403(GK) |

## ORDER

Having considered the Motion for Admission *Pro Hac Vice* on behalf of Joel A. Klarreich and the Declaration submitted in support thereof, it is this _____ day of March 2006 hereby ORDERED:

That the Motion is GRANTED.

_____
United States District Judge