UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
UPDATE, INC. d/b/a UPDATE LEGAL          :
                                          : Case No.
        Plaintiff,                        :
                                          :
    - against -                           :
                                          :
SAMEER A. DAMRE a/k/a SAM DAMRE           :
                                          :
        Defendant.                        :
                                          :
------------------------------------------------------------------ X

**DECLARATION IN SUPPORT OF
APPLICATION OF ANDREW W. SINGER
TO APPEAR *PRO HAC VICE***

I, Andrew W. Singer, hereby state as follows:

1.   My name is Andrew W. Singer, and I represent the plaintiff, Update, Inc. d/b/a Update Legal, in the above-captioned matter.

2.   I am an attorney with the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. My office is located at 900 Third Avenue, New York, NY 10022. My office telephone number is (212) 508-6723.

3.   I have been admitted to the following bars: State of New York, State of Connecticut, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York.

4.   I have not been disciplined by any bar.

5.   I have not been admitted *pro hac vice* to this Court within the last two years.

6.   I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___1st___ day of ___March___ 2006.

_____
Andrew W. Singer