UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UPDATE, INC. d/b/a UPDATE LEGAL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-00403 (GK) |
| SAMEER A. DAMRE a/k/a SAM DAMRE, | ) |
| Defendant. | ) |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Update, Inc., d/b/a Update Legal, hereby gives notice that all causes of action in the above-captioned litigation are dismissed with prejudice. The parties have settled the matter.

May 8, 2006                                             Respectfully submitted,

                                                        ____/s/_____
                                                        Maryll Weatherston Toufanian
                                                        (D.C. Bar No. 486672)
                                                        ZUCKERMAN SPAEDER LLP
                                                        1800 M Street N.W. Suite 1000
                                                        Washington, D.C., 20036
                                                        (202) 778-1800

                                                        Andrew W. Singer (admitted *pro hac vice*)
                                                        Joel A. Klarreich (admitted *pro hac vice*)
                                                        TANNENBAUM HELPERN
                                                        SYRACUSE & HIRSCHTRITT LLP
                                                        900 Third Avenue
                                                        New York, New York 10022
                                                        (212) 508-6700

                                                        Counsel for Plaintiff Update, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8 day of May 2006, I caused the forgoing Notice of Dismissal to be served via first-class mail on:

> Sameer A. Damre
> 6347 Gray Sea Way
> Columbia, MD 21045

_____/s/_____
Maryll Weatherston Toufanian